# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| JONATHAN LEE SHULL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | CIVIL CASE NO. 1:14-cv-00188-MR |
| | ) | Criminal Case Nos. 1:03-cr-00088-MR, |
| | ) | 1:03-cr-00089-MR, 1:04-cr-00018-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2014 Order.

August 18, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court